■ JOHN GRIFFIN et al., Individually and Constituting the Board of Education of the Hamburg Central School District, et al., Appellants, v MARIO CUOMO, as Governor of the State of New York, et al., Respondents.—Judgment unanimously affirmed without costs *(see, Dumain v Carey,* 133 AD2d 206, *appeal dismissed* 70 NY2d 926, 71 NY2d 1022). (Appeal from judgment of Supreme Court, Erie County, Flaherty, J.—declaratory judgment.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.